# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | CASE NUMBER: N0467694 /95/96 |
| Christine A. Devera | COMPLAINT: / INDICTMENT / INFORMATION: |
| Defendant/Material Witness. | VIOLATION OF TITLE: 18 USC / SECTION: 641 / 1382 / 13 |

☒ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $_____   RELEASE No. _____
☐ APPEARANCE BOND IN THE AMOUNT OF $_____
  ☐ WITH CASH DEPOSIT (AMOUNT OR %) _____
  ☐ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)
    ☐ RELEASE TO PRETRIAL ONLY
    ☐ FORTHWITH RELEASE
    ☐ ALL CONDITIONS OF BOND
☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)
    SHALL BE MET AND BOND
    POSTED BY: _____
    *Date*

☐ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $_____
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $_____
☐ ADDITIONAL REQUIREMENTS: _____
☒ BAIL FIXED BY COURT *Deputy Clerk*   ☒ ALL REQUIREMENTS HAVE BEEN MET: *Deputy Clerk*

## PRE-CONDITIONS TO RELEASE
☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
  ☐ The Nebbia hearing can be waived by the government.

## ADDITIONAL CONDITIONS OF RELEASE
In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:
☐ Defendant shall submit to:  [ ] Pretrial Supervision.  [ ] Intensive Pretrial Supervision.
☐ Surrender all passports to the Clerk of Court, or sign a declaration no later than, _____ and not apply for the issuance of a passport during the pendency of this case.
☐ Travel is restricted to:  CD/CA _____
☐ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
☐ Reside as approved by PSA and do not relocate without prior permission from PSA._____
☐ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA.
☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons.  [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name.  [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☐ Not use alcohol.
☐ Not use or possess illegal drugs.  [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA.  You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA.  You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA.  [ ] Release to PSA only.
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA.  You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

Defendant Initials _____   Date 03/19/2010

ORIGINAL - YELLOW COPY     PINK- PRETRIAL SERVICES     WHITE - DEFENDANT COPY

CR-1 (07/05)   **CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM**   Page 1 of 2

GPO: U.S.GOVERNMENT PRINTING OFFICE: 2005-785-040

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Christine A. Devera

Defendant/Material Witness.

CASE NUMBER: NO467694 /95 /96

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] will or [ ] will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.

[ ] **Curfew.** You are restricted to your residence every day: [ ] from _____ to _____ . [ ] as directed by PSA. [ ] **Release to PSA only**.

[ ] **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only**.

[ ] **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**

☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.

☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.

☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.

☒ Other conditions: _Defendant's travel is not restricted._

---

03/19/10
*Date*

Chris depp
*Defendant/Material Witness' Signature*

(805) 754-4182
*Telephone Number*

423 Jerry drive, port Hueneme, CA 93041
*City, State And Zip Code*

☐ **Check if interpreter is used**: I have interpreted into the _____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_____
*Interpreter's signature*

_____
*Date*

Approved: _____
*United States District Judge / Magistrate Judge*

3-19-10
*Date*

If Cash Deposited: Receipt # _____     For $_____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

**ORIGINAL - YELLOW COPY**          **PINK- PRETRIAL SERVICES**          **WHITE - DEFENDANT COPY**

GPO  U.S. GOVERNMENT PRINTING OFFICE 2005-785-040

FILED
CLERK, U.S. DISTRICT COURT

APR 23 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

### Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** *(Class A and Class B Misdemeanors)* |
| v. | |
| CHRISTINE A. DEVERA | Case No.  N0467694 / N0467695 |
| | USM No. |
| | Pedro Castillo |
| | *Defendant's Attorney* |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded  ☑ guilty  ☐ nolo contendere to count(s)  I and II

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| Title 18 USC, Sec 641 | Theft | 12/19/2009 | I |
| Title 18 USC, Sec 1382 | Trespassing | 12/19/2009 | II |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☐ Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8147

Defendant's Year of Birth:  1988

City and State of Defendant's Residence:
Port Hueneme, CA

04/16/2010
Date of Imposition of Judgment

_Signature of Judge_

Rita Coyne Federman        Magistrate Judge
_Name and Title of Judge_

APR 23 2010
_Date_

Judgment — Page  2  of  3

DEFENDANT: CHRISTINE A. DEVERA
CASE NUMBER: N0467694 / N0467695

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 35.00 | $ 200.00 | $ 0.00 |

☐☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $ 0.00 | $ 0.00 |  |

☐ Restitution amount ordered pursuant to plea agreement $ 

☐ The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for    ☐ fine    ☐ restitution.

    ☐ the interest requirement for    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245I    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense
            Sheet 4 — Schedule of Payments

Judgment — Page __3__ of __3__

DEFENDANT: CHRISTINE A. DEVERA
CASE NUMBER: N0467694 / N0467695

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  ☐  Lump sum payment of $ _____ due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☐ F below); or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of probation will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:

    The defendant shall pay fines of $200.00, special assessments of $35.00, and federal processing fees of $50.00, for a total of $285.00 on or before October 20, 2010. The fines, special assessments and federal processing fees shall be mailed to:

    CENTRAL VIOLATIONS BUREAU, Post Office Box 70939, Charlotte, NC 28272-0939

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.